1190

No. 99–1146. CAMP v. BUREAU OF LAND MANAGEMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1149. KENNEDY v. DRESSER RAND CO. C. A. 2d Cir. Certiorari denied.

No. 99–1151. PARKS v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1153. HUFF v. NORTHWEST SAVINGS BANK, FKA FIRST NATIONAL BANK OF CONTRE HALL. C. A. 3d Cir. Certiorari denied.

No. 99–1161. ZIRKIND v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1167. LAVI v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–1182. URIBE v. SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–1186. SHELTON v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 99–1197. SPENCER v. NEW YORK CITY TRANSIT AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1208. LAMBERT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–1216. SIEWERT v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 99–1224. LEFKOWITZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–1231. AMBORT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–1233. BRAMLETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–1243. LOREFICE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.